**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Trustees of the Plumbers and Pipefitters Union Local 525 Health and Welfare Trust and Plan et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>Juan Carillio Sotelo dba Sotelo Air; Sotelo Air, Inc. dba Cool Air Now; Aegis Security Insurance Company; American Safety Casualty Insurance Co.,<br><br>    Defendants. | Case No.: 2:13-cv–00657-JAD-NJK<br><br>**Order Granting in Part Motion to Strike Answer and Denying Motion for Clerk's Entry of Default [#21, 22]** |

On November 15, 2013, Defendant Juan Carillio Sotelo filed an answer "in Proper Person and answering for" Sotelo Air; Sotelo Air, Inc. dba Cool Air Now; Aegis Security Insurance Company; and American Safety Casualty Insurance Co.  Doc. 20.  Plaintiffs move to strike the answer and to default these fictitious-entity defendants because the law prohibits non-attorney Sotelo from representing these parties in court. "It is a longstanding rule that corporations and other unincorporated associations must appear in court through an attorney." *D-Beam Ltd. P'ship v. Roller Derby Skates, Inc.*, 366 F.3d 972, 973-74 (9th Cir. 2004) (citation and quotation marks omitted, second modification in original); *Rowland v. California Men's Unit II Advisory Council*, 506 U.S. 194, 202 (1993).  A court may sanction a fictional defendant by striking its answer when it fails to retain counsel to defend itself.

Page 1 of  2

*See Galtieri-Carlson v. Victoria M. Morton Enters., Inc.*, 2010 WL 3386473 (E.D.Cal. Aug. 26, 2010) (sanctioning corporate defendants by striking their answer when they failed to retain alternate counsel after the withdrawal of their original counsel); *Rojas v. Hawgs Seafood Bar, Inc.*, 2009 WL 1255538 (N.D.Cal. May 5, 2009) ("When a corporation fails to retain counsel to represent it in an action, its answer may be stricken and a default judgment entered against it").

IT IS HEREBY ORDERED that Plaintiffs' Motion to Strike the Answer **[#21] is GRANTED**; **the Answer on behalf of Sotelo Air, Inc. dba Cool Air Now, Aegis Security Ins. Co., and American Safety Casualty Ins. Co. is STRICKEN** ;

IT IS FURTHER ORDERED that the Motion to Enter Clerk's Default against these fictitious defendants **[#22] is DENIED** without prejudice; Sotelo Air, Inc. dba Cool Air Now, Aegis Security Ins. Co., and American Safety Casualty Ins. Co. shall have up through and including **December 20, 2013**, to retain counsel and have new counsel file an answer on their behalf.  **Sotelo Air, Inc. dba Cool Air Now, Aegis Security Ins. Co., and American Safety Casualty Ins. Co. are strongly cautioned that failure to retain counsel and have counsel file a proper answer on their behalf by this deadline may result in the entry of default and a potential default judgment entered against them.**

December 5, 2013.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE