# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS & PIPEFITTERS UNION LOCAL 525 HEALTH & WELFARE TRUST & PLAN, et al.,<br><br>Plaintiff(s),<br><br>vs.<br><br>JUAN CARRILLO SOTELO, et al.,<br><br>Defendant(s). | Case No. 2:13-cv-00657-JAD-NJK<br><br>ORDER GRANTING MOTION TO WITHDRAW<br><br>(Docket No. 24) |

Pending before the Court is Defendants' attorney's motion to withdraw, indicating that Defendants decided not to retain him. *See* Docket No. 24. For good cause shown, the motion to withdraw shall be deemed **GRANTED** once Defendants' counsel serves this order and the order at Docket No. 23 on Defendants, and files a proof of service so indicating. Counsel shall file that proof of service no later than December 10, 2013. The Clerk's office is further **INSTRUCTED** to update the docket with the Defendants' last known addresses. *See* Docket No. 24 (Wray Aff. ¶¶ 9-10). Lastly, United States District Judge Jennifer A. Dorsey has ordered Defendants to retain counsel and have new counsel file an answer, Docket No. 23, and nothing herein should be construed as altering that order.

IT IS SO ORDERED.

DATED: December 6, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge