# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN, et al.,<br><br>Plaintiff(s),<br><br>vs.<br><br>JUAN CARRILIO SOTELO, et al.,<br><br>Defendant(s). | Case No. 2:13-cv-00657-JAD-NJK<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>ORDER THAT THE PARTIES SUBMIT AN AMENDED INTERIM STATUS REPORT |

Pending before the Court is an order to show cause why Defendants and their counsel should not be sanctioned for failing to participate in the preparation and filing of the interim status report. Docket No. 37. In light of Defendants' recent request to substitute counsel, *see* Docket No. 38, it appears that their failure stemmed from the fact that they were in the process of changing counsel. Although that reason does not excuse their failure, the Court concludes that it militates against the sanctions identified in the order to show cause. Accordingly, the order to show cause is hereby **DISCHARGED**. Defendants and their counsel are cautioned that they must comply with all rules of the Court and Court orders in the future, however, and that failure to do so may result in significant sanctions up to and including case-dispositive sanctions.

The Court further **ORDERS** that Defendants' new counsel shall promptly contact Plaintiffs' counsel and prepare an amended interim status report. Defendants' counsel shall file an amended, *joint* interim status report no later than March 26, 2014.

IT IS SO ORDERED.

DATED: March 19, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge