Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:    (702) 382-8135
Email: asegal@bhfs.com
Email: bcloveland@bhfs.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 PENSION PLAN; AND THE TRUSTEES OF THE PLUMBERS AND PIPEFITTERS LOCAL UNION 525 APPRENTICE AND JOURNEYMAN TRAINING TRUST FOR SOUTHERN NEVADA,<br><br>Plaintiffs,<br><br>vs.<br><br>JUAN CARRILIO SOTELO dba SOTELO AIR; SOTELO AIR, INC., dba COOL AIR NOW; AEGIS SECURITY INSURANCE COMPANY, a Pennsylvania corporation; AMERICAN SAFETY CASUALTY INSURANCE COMPANY, a Georgia corporation,<br><br>Defendants. | Case No. 2:13-cv-00657-RFB-NJK<br><br><br>**MOTION TO SEAL AND FILE REDACTED EXHIBIT** |

Plaintiffs, Trustees of the Plumbers and Pipefitters Union Local 525 Health and Welfare Trust, the Trustees of the Plumbers and Pipefitters Union Local 525 Pension Plan, and the Trustees of the Plumbers and Pipefitters Local Union 525 Apprentice and Journeyman Training

*BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101*

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

1   Trust for Southern Nevada (collectively "Local Funds"), respectfully submit this Motion to Seal

2   and File Redacted Exhibit.

3                              **POINTS AND AUTHORITIES**

4   **I.      Factual background.**

5          On June 13, 2014, the Local Funds filed their Motion for Summary Judgment, which

6   inadvertently included certain confidential information on Bates numbers PLUM000256,

7   PLUM000259 and PLUM000144 included in Exhibit 8 to that Motion. (ECF No. 47.) On

8   December 1, 2014, nonparties Trustees of the Plumbers and Pipefitters National Pension Fund

9   and International Training Fund (collectively "National Funds") filed a Motion to Consolidate

10  Cases, which also included certain confidential information on Exhibits 1 and 2 attached thereto.

11  (ECF No. 51.)

12  **II.     Argument.**

13         **A.      Request to seal.**

14         Federal Rule of Civil Procedure 5.2 prohibits the electronic filing of the same certain

15  confidential information that was filed with the Court by the Local Funds and the National Funds.

16  Accordingly, the Local Funds respectfully request this Court enter an Order directing the Clerk to

17  seal Exhibit 8 to the Local Funds' Motion for Summary Judgment and Exhibits 1 and 2 to the

18  National Funds' Motion to Consolidate.

19         **B.      Request for order to file redacted exhibit.**

20         The Local Funds have already filed a redacted Exhibit 8 to their Motion for Summary

21  Judgment. (ECF No. 54.) The National Funds have also already filed a redacted Exhibit 2 to their

22  Motion to Consolidate. (ECF No. 52.) The only exhibit that remains to be refiled as a redacted

23  exhibit is Exhibit 1 to the National Funds' Motion to Consolidate. Accordingly, the Court may

24  also Order the National Funds to file a redacted version of that same exhibit.

25  **III.    Conclusion.**

26         For the foregoing reasons, the Local Funds respectfully request the Court grant their

27  Motion to Seal and File Redacted Exhibit by issuing an Order directing the Court Clerk to seal

28

020136\0073\11763211.2                           2

1   Exhibit 8 to the Local Funds' Motion for Summary Judgment (ECF No. 47) and Exhibits 1 and 2

2   to the National Funds' Motion to Consolidate (ECF No. 51), and also order the National Funds to

3   file a redacted version of Exhibit 1 to that same Motion.

4   Dated: December 22, 2014          BROWNSTEIN HYATT FARBER SCHRECK, LLP

5   

6                                     Bryce C. Loveland, Esq.

7                                     Nevada Bar No. 10132
                                      100 North City Parkway, Suite 1600

8                                     Las Vegas, Nevada 89106-4614

9                                     Attorneys for Plaintiffs

10

11                                    **IT IS SO ORDERED.**

12

13

14

15                                    _____
                                      RICHARD F. BOULWARE, II

16                                    United States District Judge

17                                    DATED:  December 23, 2014.

18

19

20

21

22

23

24

25

26

27

28

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of Brownstein Hyatt Farber Schreck, LLP and that on December 22, 2014, I served a true copy of the foregoing **MOTION TO SEAL AND FILE REDACTED EXHIBITS** upon:

Michael F. Bohn, Esq.
Nevada Bar No. 1641
Kelly M. Perri, Esq.
Nevada Bar No. 13220
BOHN LAW OFFICES
376 E. Warm Springs Road #140
Las Vegas, Nevada 89119
Telephone: 702.642.3113
Facsimile: 702.642.9766
Email: mbohn@bohnlawfirm.com
        kperri@bohnlawfirm.com

*Attorneys for Defendants Juan Carrillo*
*Sotelo dba Sotelo Air and Sotelo Air, Inc.,*
*dba Cool Air Now*

☒ a. **BY CM/ECF System**

Kevin B. Christensen, Esq.
Nevada Bar No. 175
Laura J. Wolff, Esq.
Nevada Bar No. 6869
Gia McGillivray, Esq.
Nevada Bar No. 8182
CHRISTENSEN JAMES & MARTIN
7440 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: 702.255.1718
*Attorneys for nonparties Trustees of the*
*Plumbers and Pipefitters National Pension*
*Fund and International Training Fund*

☒ b. **BY U.S. Mail**

**I declare under penalty of perjury that the foregoing is true and correct.**

_____
An Employee of Brownstein Hyatt Farber Schreck, LLP

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101