**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ. (175)
LAURA J. WOLFF, ESQ. (6869)
GIA MCGILLIVRAY, ESQ. (8182)
Email: kbc@cjmlv.com, ljw@cjmlv.com, gia@cjmlv.com
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Tel.: (702) 255-1718
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

| | |
|---|---|
| Trustees of the Plumbers and Pipefitters Union Local 525 Health and Welfare Trust and Plan; Trustees of the Plumbers and Pipefitters Union Local 525 Pension Plan; and the Trustees of the Plumbers and Pipefitters Local Union 525 Apprentice and Journeyman Training Trust for Southern Nevada,<br><br>Plaintiffs<br>vs.<br>Juan Carrilio Sotelo dba Sotelo Air; Sotelo Air, Inc., dba Cool Air Now; Aegis Security Insurance Company, a Pennsylvania corporation; American Safety Casualty Insurance Company, a Georgia corporation,<br><br>Defendants. | Case No.: 2:13-CV-00657-RFB-NJK<br><br>**CONSOLIDATED WITH:**<br><br>Case No.:  2:14-cv-01609-JAD-CWH<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANTS' FRCP 12(B)(6) MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>Date:  N/A<br>Time:   N/A |
| Trustees of the Plumbers and Pipefitters National Pension Fund and International Training Fund,<br>Plaintiffs,<br>vs.<br><br>Juan Carrilio Sotelo dba Sotelo Air; Sotelo Air, Inc. dba Cool Air Now;  Juan Carrilio Sotelo, an individual; Now Services of Nevada, LLC dba Cool Air Now, a Nevada limited liability company; Now Services of Nevada, LLC dba Plumbing Repair Now, a Nevada limited liability company; Western National Mutual Insurance Company, a surety company; John Does I-X and Roe Corporations I-X, inclusive,<br><br>Defendants. | |

The Plaintiffs, Plumbers and Pipefitters National Pension Fund and International Training Fund ("National Funds"), by and through their Counsel, Christensen James & Martin and Defendants Juan Carrillo Sotelo dba Sotelo Air, Sotelo Air, Inc. dba Cool Air Now and Juan Carrillo Sotelo ("Defendants") by and through their Counsel, Law Offices of Michael F. Bohn, Esq., Ltd., hereby Agree and Stipulate that the National Funds shall have through and including Tuesday, October 27, 2015, to file and serve its Responsive Pleading to Defendants' FRCP 12(b)(6) Motion to Dismiss Plaintiffs' Amended Complaint (Doc. 85) on file herein.  This Stipulation is entered at the request of Counsel for the National Funds, and is not entered for the purpose of causing unnecessary delay, but rather is made necessary to allow the National Funds additional time to analyze the Motion and prepare a Response.

| Christensen James & Martin | Law Offices of Michael F. Bohn, Esq., Ltd. |
|---|---|
| By: */s/ Laura J. Wolff*<br>Laura J. Wolff, Esq.<br>Attorneys for National Funds | By: */s/ Michael F. Bohn*<br>Michael F. Bohn, Esq.<br>Attorneys for Defendants |
| Dated:  October 21, 2015. | Dated:  October 21, 2015. |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

Dated:  October 26 , 2015.