MICHAEL F. BOHN, ESQ.
Nevada State Bar No. 1641
mbohn@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
376 East Warm Springs Road, Ste. 140
Las Vegas, Nevada  89119
(702) 642-3113/ (702) 642-9766 FAX

Attorneys for defendants Juan Carrillo Sotelo
d.b.a. Sotelo Air;  Sotelo Air, Inc. d.b.a. Cool Air Now;
Juan Carrillo Sotelo, Now Services of Nevada, LLC, and
Western National Mutual Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND AND INTERNATIONAL TRAINING FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>JUAN CARRILIO SOTELO  d.b.a. SOTELO AIR; SOTELO AIR, INC. d.b.a. COOL AIR NOW, a Nevada corporation; JUAN CARRILIO SOTELO, an individual; NOW SERVICES OF NEVADA, LLC  d.b.a. COOL AIR NOW, a Nevada limited liability company; NOW SERVICES OF NEVADA, LLC  d.b.a. PLUMBING REPAIR NOW, a Nevada limited liability company; WESTERN NATIONAL MUTUAL INSURANCE COMPANY, a surety company; JOHN DOES 1-X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.:   2:13-cv-00657-RFB-NJK<br><br>**CONSOLIDATED WITH:**<br><br>CASE NO.:   2:14-cv-01609-RFB-NJK |

**STIPULATION AND ORDER**

It is stipulated and agreed between Plaintiffs, through it's attorney Laura J. Wolff, Esq., and each of the defendants, by and through their attorney, Michael F. Bohn, Esq. as follows:

1.  The motion for entry of Clerk's default filed by the Plaintiffs on November 10, 2015 as document 96, and the Clerk's Entry of Default as to Now Services of Nevada, LLC and Western National Mutual Company entered on November 12, 2015 as document 97 shall be withdrawn.

1

2.   Defendant Now Services of Nevada, LLC shall have until November 20, 2015 to answer or otherwise plead in this case.

DATED this 12th  day of  November, 2015

CHRISTENSEN JAMES & MARTIN

LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.

By: /s/ /Laura J. Wolff, Esq./
    Laura J. Wolff, Esq.
    7440 West Sahara Avenue
    Las Vegas, Nevada 89117
    Attorneys for Plaintiffs Trustees National
    and International

By: /s/ /Michael F. Bohn, Esq./
    Michael F. Bohn, Esq.
    376 E. Warm Springs Road, Ste. 140
    Las Vegas, Nevada 89119
    Attorney for defendants

IT IS SO ORDERED  this 18th day of  November, 2015

_____
RICHARD F. BOULWARE, II
United States District Judge

Respectfully submitted by:

LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.

By: /s/ /Michael F. Bohn, Esq./
    MICHAEL F. BOHN, ESQ.
    376 E. Warm Springs Road, Ste. 140
    Las Vegas, NV 89119
    Attorney for defendants

2