# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN, et al.

    Plaintiff(s),

vs.

JUAN CARRILIO SOTELO, et al.,

    Defendant(s).

Case No. 2:13-cv-00657-RFB-NJK

ORDER DENYING STIPULATION

(Docket No. 102)

    Pending before the Court is a stipulation to extend various deadlines. Docket No. 102. The stipulation was filed on December 4, 2015, and seeks to extend the discovery cutoff and subsequent deadlines. *See id.* at 3.[1] The scheduling order entered in this case included a discovery cutoff of May 14, 2014. *See* Docket No. 28 at 2. In the later-filed case that has now been consolidated with this case, Judge Hoffman entered an order with a discovery cutoff of December 15, 2015. *See* Case No. 14-cv-1609, Docket No. 13 at 3. The Local Rules make plain that requests to extend deadlines established in the scheduling order must be filed at least 21 days before the expiration of the subject deadline. Local Rule 26-4. The pending stipulation fails to acknowledge that it is untimely and fails to establish excusable neglect for the Court to grant the relief sought. *Cf.* Local Rule 26-4 (untimely requests for extensions require a showing of excusable neglect). Moreover, the pending stipulation fails to provide

---

[1] The stipulation also seeks extension of the deadline to amend the pleadings to November 15, 2015, *see id.*, which has already passed. The Court assumes this request was included in error.

sufficiently good cause for the extension sought, explaining only that some deponents may not be available for their noticed depositions later this month. *See* Docket No. 102 at 3. Such a bare statement may not be sufficient for <u>any</u> extension, but certainly does not establish good cause for the 60 day extension sought.

Accordingly, the stipulation for an extension is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: December 4, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge

2