# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND AND INTERNATIONAL TRAINING FUND,<br><br>Plaintiff(s),<br><br>vs.<br><br>JUAN CARRILLO SOTELO, et al.,<br><br>Defendant(s). | Case No. 2:13-cv-00657-RFB-NJK<br><br>CORRECTED ORDER RE: MOTION TO WITHDRAW<br><br>(Docket No. 104) |

Pending before the Court is Defendants' counsel's motion to withdraw. Docket No. 104. The Court hereby **SETS** a hearing on the motion for January 26, 2016, at 10:00 a.m. in Courtroom 3A. The individual Defendants, representatives of the corporate Defendants, and Defendants' current counsel shall appear at the hearing in person. Any newly retained counsel shall also appear in person. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. No later than January 8, 2016, Defendants' current counsel of record shall serve Defendants with this order and shall file a proof of service. Any response to the motion to withdraw shall be filed no later than January 19, 2016.

IT IS SO ORDERED.

DATED: January 5, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge