UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND AND INTERNATIONAL TRAINING FUND,<br><br>Plaintiff(s),<br><br>vs.<br><br>JUAN CARRILLO SOTELO, et al.,<br><br>Defendant(s). | Case No. 2:13-cv-00657-RFB-NJK<br><br>ORDER<br><br>(Docket No. 115) |

Pending before the Court is Defendants' motion to extend the deadline for them to retain counsel by 30 days. Docket No. 115. Defendants have already been provided 30 days to retain counsel, and the Court does not find sufficient cause for an additional 30 days to do so. Instead, the Court will **GRANT** the motion to extend in part. No later than March 10, 2016, the corporate defendants must retain counsel, who shall file a notice of appearance on the docket. Also no later than March 10, 2016, Mr. Sotelo must either have new counsel file a notice of appearance on his behalf or he must file a notice that he intends to proceed *pro se*. **NO FURTHER EXTENSIONS WILL BE GRANTED**.

The Court reminds Defendants that corporations may appear in federal court only through licensed counsel. *United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

IT IS SO ORDERED.

DATED: February 26, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge