# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN, et al.,<br><br>Plaintiff(s),<br><br>vs.<br><br>JUAN CARRILIO SOTELO, et al.,<br><br>Defendant(s). | Case No. 2:13-cv-00657-RFB-NJK<br><br>ORDER RE: MOTION TO WITHDRAW<br><br>(Docket No. 147) |

Pending before the Court is an amended motion to withdraw as attorney for Defendants. Docket No. 147. The Court hereby **SETS** a hearing on the amended motion for 3:00 p.m. on November 16, 2016, in Courtroom 3D. Defendant Juan Carrilio Sotelo and a corporate representative of the corporate defendants shall appear at the hearing in person. Defendants' current counsel and any newly retained counsel shall also appear in person. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. No later than October 20, 2016, Defendants' current counsel of record shall serve Defendants with this order and shall file a proof of service. Any response to the amended motion to withdraw shall be filed no later than October 27, 2016. Unless and until the amended motion is granted, current counsel continues to be responsible for meeting all applicable deadlines. *Cf.* Docket No. 143 at 2.

//

//

//

Lastly, the Court wishes to highlight that corporations may appear in federal court only through licensed counsel. *United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

IT IS SO ORDERED.

DATED: October 18, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge