**PATRICIA A. MARR, LTD.**
Patricia A. Marr, Esq.
Nevada Bar No. 008846
2470 St. Rose Parkway, Ste.106H
Henderson, Nevada 89074
(702) 353-4225 (telephone)
(702) 912-0088 (facsimile)
Email: Patricia@MarrLawLV.com

**LAW OFFICES OF MARK R. SMITH, P.C.**
Mark R. Smith, Esq.
Nevada Bar No. 11872
8565 S. Eastern Avenue #150
Las Vegas, Nevada 89123
Telephone: (702) 518-7625
Facsimile: (702) 475-6453
Email: Mark@MarkRSmithLaw.com

*Attorneys for Defendants Juan Carrillo Sotelo*
*dba Sotelo Air; Sotelo Air, Inc. dba Cool Air Now; and*
*Juan Carrillo Sotelo, Individually*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 PENSION PLAN; AND THE TRUSTEES OF THE PLUMBERS AND PIPEFITTERS LOCAL UNION 525 APPRENTICE AND JOURNEYMAN TRAINING TRUST FOR SOUTHERN NEVADA,<br><br>Plaintiffs,<br><br>vs.<br><br>JUAN CARRILLO SOTELO DBA SOTELO AIR; SOTELO AIR, INC., DBA COOL AIR NOW; AEGIS SECURITY INSURANCE COMPANY, A PENNSYLVANIA CORPORATION; AMERICAN SAFETY CASUALTY INSURANCE COMPANY, A GEORGIA CORPORATION,<br><br>Defendants. | CASE NO.: 2:13-cv-00657-RFB-NJK<br><br>Consolidated With:<br><br>CASE NO.: 2:14-cv-01609-RFB-NJK<br><br>**STIPULATION AND ORDER TO STRIKE EXHIBITS CONTAINING AFFIDAVIT OF TIM NAAS; AND TO WITHDRAW PLAINTIFFS' MOTION TO STRIKE EXHIBITS CONTAINING AFFIDVIT OF TIM NAAS (DOC. #169)** |

|   |   |
|---|---|
| 1 | TRUSTEES OF THE PLUMBERS AND ) |
|   | PIPEFITTERS NATIONAL PENSION FUND ) |
| 2 | AND INTERNATIONAL TRAINING FUND, ) |
|   | ) |
| 3 | Plaintiffs, ) |
| 4 | vs. ) |
|   | ) |
| 5 | JUAN CARRILLO SOTELO DBA SOTELO AIR; ) |
|   | SOTELO AIR, INC. DBA COOL AIR NOW; ) |
| 6 | JUAN CARRILLO SOTELO, AN INDIVIDUAL; ) |
| 7 | JOHN DOES I-X AND ROE CORPORATIONS I- ) |
|   | X, INCLUSIVE, ) |
| 8 | ) |
|   | Defendants. ) |
| 9 | _____ ) |

**STIPULATION AND ORDER TO STRIKE EXHIBITS CONTAINING AFFIDAVIT OF TIM NAAS; AND TO WITHDRAW PLAINTIFFS' MOTION TO STRIKE EXHIBITS CONTAINING AFFIDVIT OF TIM NAAS (DOC. #169)**

Defendants, Juan Carrillo Sotelo dba Sotelo Air; Sotelo Air, Inc. dba Cool Air Now; and Juan Carrillo Sotelo, individually, by and through their counsel, Patricia A. Marr, Esq., of the law firm of Patricia A. Marr, Ltd., and Mark R. Smith, Esq., of the Law Offices of Mark R. Smith, P.C. and Plaintiffs, Trustees of the Plumbers and Pipefitters Union Local 525 Health and Welfare Trust and Plan; Trustees of the Plumbers and Pipefitters Union Local 525 Pension Plan; and The Trustees of the Plumbers and Pipefitters Local Union 525 Apprentice and Journeyman Training Trust for Southern Nevada, by and through their counsel, Christopher M. Humes, Esq., of the law firm of Brownstein Hyatt Farber Schreck, LLP, hereby stipulate and agree, as follows:

1. Exhibits containing and text referencing the Affidavit of Tim Naas shall be stricken from Defendants' Opposition to Plaintiffs' Renewed Motion for Summary Judgment (Doc. #87, filed October 15, 2015 - the "Original Opposition"). *See* Original Opp., at 5:24-26 and Ex. F attached thereto at SoteloAIR000096.

2. Exhibits containing and citations referencing the Affidavit of Tim Naas shall be stricken from Defendants' Renewed Opposition to Plaintiffs' Renewed Motion for Summary Judgment (Doc. #145, filed October 14, 2016 - the "New Opposition"). *See* New Opp., at 5:13, 7:6 and Ex. E attached thereto.

Page 2 of 5

3. The Motion to Strike Exhibits Containing the Affidavit of Tim Naas, which was filed by Plaintiffs Trustees of the Plumbers and Pipefitters Union Local 525 Health and Welfare Trust and Plan; Trustees of the Plumbers and Pipefitters Union Local 525 Pension Plan; and The Trustees of the Plumbers and Pipefitters Local Union 525 Apprentice and Journeyman Training Trust for Southern Nevada (Doc. #169, filed November 10, 2016) is hereby withdrawn.

4. Based upon the foregoing stipulation and agreement between the parties, Defendants shall not be required to file a formal response to the aforementioned Motion to Strike Exhibits Containing the Affidavit of Tim Naas.

**IT IS SO STIPULATED AND AGREED.**

DATED this 6th Day of February, 2017.

**LAW OFFICES OF MARK R. SMITH, P.C.**

By:   */s/ Mark R. Smith*
         Mark R. Smith, Esq.
         Nevada Bar No. 11872
         8565 S. Eastern Avenue #150
         Las Vegas, Nevada 89123
         Telephone: (702) 518-7625
         Facsimile: (702) 475-6453
         Email: Mark@MarkRSmithLaw.com
         *Attorneys for Defendants, Juan Carrillo Sotelo, dba Sotelo Air;*
         *Sotelo Air, Inc. dba Cool Air Now; and Juan Carrillo Sotelo, individually*

///

///

DATED this 6<u>th</u> Day of February, 2017.

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

By: */s/ Christopher M. Humes*
Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
Christopher M. Humes, Esq.
Nevada Bar No. 12782
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
*Attorneys for Plaintiffs, Trustees of the Plumbers and Pipefitters*
*Union Local 525 Health and Welfare Trust and Plan; Trustees of*
*the Plumbers and Pipefitters Union Local 525 Pension Plan; and*
*The Trustees of the Plumbers and Pipefitters Local Union 525*
*Apprentice and Journeyman Training Trust for Southern Nevada*

## ORDER

Having reviewed and considered the stipulation of the parties set forth above, and good cause appearing, it is hereby ORDERED that:

1. Exhibits containing and text referencing the Affidavit of Tim Naas are hereby stricken from Defendants' Opposition to Plaintiffs' Renewed Motion for Summary Judgment (Doc. #87, filed October 15, 2015 - the "Original Opposition"). *See* Original Opp., at 5:24-26 and Ex. F attached thereto at SoteloAIR000096.

2. Exhibits containing and citations referencing the Affidavit of Tim Naas are hereby stricken from Defendants' Renewed Opposition to Plaintiffs' Renewed Motion for Summary Judgment (Doc. #145, filed October 14, 2016 - the "New Opposition"). *See* New Opp., at 5:13, 7:6 and Ex. E attached thereto.

3. The Motion to Strike Exhibits Containing the Affidavit of Tim Naas, which was filed by Plaintiffs Trustees of the Plumbers and Pipefitters Union Local 525 Health and Welfare Trust and Plan; Trustees of the Plumbers and Pipefitters Union Local 525 Pension Plan; and The Trustees of the Plumbers

1  and Pipefitters Local Union 525 Apprentice and Journeyman Training Trust for
2  Southern Nevada (Doc. #169, filed November 10, 2016) is hereby withdrawn.

4. Defendants shall not be required to file a formal response to the aforementioned Motion to Strike Exhibits Containing the Affidavit of Tim Naas. (Doc. #169).

**IT IS SO ORDERED.**

DATED this 13th Day of February, 2017.

_____
HONORABLE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE