Charles W. Bennion (Nevada Bar No. 5582)
**ELLSWORTH & BENNION, CHTD.**
777 N. Rainbow Blvd., Suite 270
Las Vegas, Nevada 89107
Telephone: (702) 658-6100
Facsimile: (702) 658-2502
Email: charles@silverstatelaw.com

Patrick F. Welch (Nevada Bar No. 13278)
**JENNINGS STROUSS & SALMON**
One East Washington, Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911
Facsimile: (602) 495-2784
Email: pwelch@jsslaw.com

Attorneys for Defendants Aegis Security Insurance Company and American Safety Casualty Insurance Company

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 PENSION PLAN; AND THE TRUSTEES OF THE PLUMBERS AND PIPEFITTERS LOCAL UNION 525 APPRENTICE AND JOURNEMAN TRAINING TRUST FOR SOUTHERN NEVADA,, <br><br>Plaintiffs <br><br>vs. <br><br>JUAN CARRILIO SOTELO dba SOTELO AIR; SOTELO AIR, INC.dba COOL AIR NOW; AEGIS SECURITY INSURANCE COMPANY, a Pennsylvania corporation; AMERICAN SAFETY CASUALTY INSURANCE COMPANY, a Georgia corporation,, <br><br>Defendants | No. 2:13-cv-00657-JAD-NJK <br><br>**NOTICE TO COURT AND REQUEST FOR REMOVAL OF PATRICK F. WELCH OF JENNINGS, STROUSS & SALMON, P.L.C. AND CHARLES W. BENNION OF ELLSWORTH & BENNION, CHTD FROM ALL MAIL AND ELECTRONIC FILING NOTIFICATIONS** |

5852440v1(63067.15)

| | |
|---|---|
| 1 | |
| 2 | A Stipulated Order dismissing Aegis Security Company and American Safety Casualty Insurance Company ("Defendants") was signed in this case on May 21, 2014. Counsel for Defendants, Patrick F. Welch of Jennings, Strouss & Salmon, P.L.C. and Charles W. Bennion of Ellsworth & Bennion, CHTD request that they be removed from the Court's mailing and electronic filing notification, and that no further notices, pleadings or other documents be served upon them in this case. |

A Stipulated Order dismissing Aegis Security Company and American Safety Casualty Insurance Company ("Defendants") was signed in this case on May 21, 2014. Counsel for Defendants, Patrick F. Welch of Jennings, Strouss & Salmon, P.L.C. and Charles W. Bennion of Ellsworth & Bennion, CHTD request that they be removed from the Court's mailing and electronic filing notification, and that no further notices, pleadings or other documents be served upon them in this case.

Dated this 27th day of November, 2017.

**ELLSWORTH & BENNION, CHTD.**
**&**
**JENNINGS, STROUSS & SALMON, P.L.C.**

 /s/ Patrick F. Welch
Patrick F. Welch, Esq.
Nevada Bar No. 13278
One East Washington Street, Suite 1900
Phoenix, AZ   85004-2554
Attorneys for Defendants Aegis Security Ins. Co. & American Safety Cas. Ins. Co.

IT IS SO ORDERED.
Dated:  November 27, 2017
.
_____
United States Magistrate Judge

5852440v1(63067.15)