| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | **CHRISTENSEN JAMES & MARTIN**<br>KEVIN B. CHRISTENSEN, ESQ. (175)<br>LAURA J. WOLFF, ESQ. (6869)<br>DARYL E. MARTIN, ESQ. (6735)<br>Email: kbc@cjmlv.com, ljw@cjmlv.com, dem@cjmlv.com<br>7440 W. Sahara Avenue<br>Las Vegas, Nevada 89117<br>Tel.: (702) 255-1718<br>*Attorneys for National Funds* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

| | |
|---|---|
| Trustees of the Plumbers and Pipefitters Union Local 525 Health and Welfare Trust and Plan; Trustees of the Plumbers and Pipefitters Union Local 525 Pension Plan; and the Trustees of the Plumbers and Pipefitters Local Union 525 Apprentice and Journeyman Training Trust for Southern Nevada,<br>　　　　　　　Plaintiffs,<br>　　vs.<br>Juan Carrilio Sotelo dba Sotelo Air; Sotelo Air, Inc., dba Cool Air Now; Aegis Security Insurance Company, a Pennsylvania corporation; American Safety Casualty Insurance Company, a Georgia corporation,<br>　　　　　　　Defendants. | Case No.: 2:13-CV-00657-RFB-NJK<br><br>**CONSOLIDATED WITH:**<br><br>Case No.: 2:14-cv-01609-JAD-CWH |
| Trustees of the Plumbers and Pipefitters National Pension Fund and International Training Fund,<br>　　　　　　　Plaintiffs,<br>　　vs.<br>Juan Carrilio Sotelo dba Sotelo Air; Sotelo Air, Inc. dba Cool Air Now; Juan Carrilio Sotelo, an individual; Now Services of Nevada, LLC dba Cool Air Now, a Nevada limited liability company; Now Services of Nevada, LLC dba Plumbing Repair Now, a Nevada limited liability company; Western National Mutual Insurance Company, a surety company; John Does I-X and Roe Corporations I-X, inclusive,<br>　　　　　　　Defendants. | **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT WESTERN NATIONAL MUTUAL INSURANCE COMPANY ONLY** |

1

Trustees of the Plumbers and Pipefitters National Pension Fund and International Training Fund and Defendant Western National Mutual Insurance Company (collectively referred to as "Parties"), each acting through their respective undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree as follows:

1. All claims asserted by the Plumbers and Pipefitters National Pension Fund and International Training Fund against Defendant Western National Mutual Insurance Company are dismissed with prejudice.

2. Each party shall bear its own attorney's fees and costs.

3. This stipulation does not affect and has no bearing on the Plumbers and Pipefitters National Pension Fund and International Training Fund's and Defendant Western National Mutual Insurance Company's claims against any of the other parties to this action or against any other entities, who are not parties to this action.

Dated this 4th day of May, 2018.

**CHRISTENSEN JAMES & MARTIN**

By: /s/ Laura J. Wolff
Laura J. Wolff, Esq. (SBN 6869)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
*Attorneys for Plumbers and Pipefitters National Pension Fund*

**THE FAUX LAW GROUP**

By: /s/ Willi H. Siepman
Willi H. Siepmann, Esq. (SBN 002478)
1540 W. Warm Springs Rd., #100
Henderson, NV 89014
*Attorneys for Western National Mutual Insurance Company*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE
Dated: May 7, 2018

*///*

2

Submitted by:
**CHRISTENSEN JAMES & MARTIN**
By: /s/ Laura J. Wolff
Laura J. Wolff, Esq. (SBN 6869)
*Attorneys for Plumbers and Pipefitters National Funds*

# CERTIFICATE OF SERVICE

I am an employee of Christensen James & Martin. On the date of filing the foregoing papers, I caused a true and correct copy to be served in the following manner:

☒ ELECTRONIC SERVICE: Pursuant to Local Rule LR IC 4-1 of the United States District Court for the District of Nevada, the above-referenced document was electronically filed and served on all appearing parties through the Notice of Electronic Filing automatically generated by the Court.

☐ UNITED STATES MAIL: By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address(es):

☐ OVERNIGHT COURIER: By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally-recognized courier, addressed to the parties listed below at their last-known mailing address.

☐ FACSIMILE: By sending the above-referenced document via facsimile to those persons listed on the attached service list at the facsimile numbers set forth thereon.

By: */s/ Natalie Saville*