UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>JUAN CARRILLO SOTELO, et al.,<br><br>Defendant(s). | Case No.: 2:13-cv-00657-RFB-NJK<br><br>**Order** |

Pending before the Court is a motion to withdraw as counsel for Defendants Juan Carrillo Sotelo dba Sotelo Air, Sotelo Air, Inc., and Juan Carrillo Sotelo individually. Docket No. 222. The Court **ORDERS** that any response to the motion shall be filed by June 22, 2018. The Court further **SETS** a hearing on the motion for 10:00 a.m. on June 28, 2018, in Courtroom 3B. Defendants' current counsel, Mr. Sotelo, a corporate representative for Sotelo Air (if different than Mr. Sotelo), and any newly retained counsel shall attend in person. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING DISMISSAL.** *Cf.* Docket No. 45.

The Court reminds Defendants that corporations may appear in federal court only through licensed counsel. *United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

Defendants' counsel shall serve a copy of this order on Defendants, and shall file a proof of service by June 15, 2018.

IT IS SO ORDERED.

Dated: June 14, 2018

_____
Nancy J. Koppe
United States Magistrate Judge